JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT SMITH, | Case No. 2:22-cv-07623-MEMF-PD |
| Petitioner, | **JUDGMENT** |
| v. | |
| BRIAN BIRKHOLZ, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Dismissing Petition Without Prejudice, IT IS ADJUDGED that the Petition is dismissed without prejudice.

Dated:  May 7, 2026



MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE